■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WADE GOLDEN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Scholnick, J.), rendered September 22, 1982.

Ordered that the judgment is affirmed *(see, People v Tinsley,* 35 NY2d 926). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.